Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                  ) Case No.: 2:05-bk-41111-VK
                                        )
   Mangum, Thomas V.                    ) TRUSTEE'S NOTICE OF
                                        ) UNCLAIMED DIVIDEND
                                        ) (Bankruptcy Rule 3011)
                                        )
                                        )
                                        )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 626742 in the sum of $8.00 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

   Mangum, Thomas V.
   1150 E. 105th Street
   Los Angeles, CA  90002

Date: September 22, 2010

_____
NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

626742

9/15/2010

Eight Dollars and No Cents                                                                8.00

50093000                                                          VOID VOID VOID
U.S. BANKRUPCTY COURT
FISCAL DEPT.                                                      VOID VOID VOID
255 E. TEMPLE ST., RM 1067
LOS ANGELES,CA  90012-                                            VOID VOID VOID

| Case No. | Clm | Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|
| 0541111-VK | 9990-0 | MANGUM, THOMAS V. | | 8.00 | | 8.00 |